UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LUKE POLLARD,

              Petitioner,

  -against-

MICHAEL ZENK, Warden, et al.,

              Respondents.
----------------------------------------------------------------X

JUDGMENT
04-CV- 5103 (NGG)

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 27, 2005, denying petitioner's petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that petitioner's petition for a writ of habeas corpus is denied.

Dated: Brooklyn, New York
       June 02, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court